1 | CHARLES J. KATZ (Bar No. 68459)
2 | 475 El Camino Real, Suite 300
   | Millbrae, CA 94030
3 | Tel: 650-692-4100
   | Fax: 650-692-2900
4 |
5 | ELLADENE LEE KATZ (Bar No. 81021)
   | 327 North San Mateo Drive, Suite 9
6 | P.O. Box 517
   | San Mateo, CA 94401
7 | Tel: 650-348-8078
   | Fax: 650-348-8073
8 |
9 | Attorneys for Plaintiff
   | ANNETTE PAPE

10 | MERRILL F. STORMS, JR. (Bar No. 78333)
    | AMY E. BECKSTEAD (Bar No. 216422)
11 | **DLA PIPER US LLP**
    | 401 B Street, Suite 1700
12 | San Diego, CA 92101-4297
    | Tel: 619.699.3526
13 | Fax: 619.699.2701

14 | Attorneys for Defendant
    | RECREATIONAL EQUIPMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANNETTE PAPE, | CASE NO.  C 06-04091 CRB |
|---|---|
| Plaintiff, | **STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | Courtroom: 8<br>Judge: Hon. Charles R. Breyer |
| RECREATIONAL EQUIPMENT, INC. a.k.a. REI; DENNIS MADSON; GREG MEDLYN; JANET HOPKINS; CINDY BRAZEE, and DOES 1 through 20, inclusive, | Action Filed: December 20, 2005<br>Action Removed: June 30, 2006 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Annette Pape and Defendant Recreational Equipment, Inc., through their respective counsel, that the Court may enter an order

-1-

DLA PIPER US LLP
SAN DIEGO

GT\6515640.1
350856-18

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE
CASE NO. C 06-04091

dismissing with prejudice the above-captioned action in its entirety, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear their own attorneys' fees and costs of suit.

The electronic filer attests that individuals, whose names appear below, have signed this document and that the electronic filer has on file a holograph signature for any signatures indicated by a "conformed" signature (/s/) within this efiled document. See General Order 45, Section X.

IT IS SO STIPULATED.

Dated: January 4, 2007

LAW OFFICES OF CHARLES J. KATZ

By _____/s/_____
CHARLES J. KATZ
Attorney for Plaintiff
ANNETTE PAPE

Dated: January 4, 2007

DLA PIPER US LLP

By _____/s/_____
AMY E. BECKSTEAD
Attorney for Defendant
RECREATIONAL EQUIPMENT, INC.

-2-

GT\6515640.1
350856-18

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE
CASE NO. C 06-04091

**ORDER**

Pursuant to the stipulation of the parties, the Court hereby orders the above-captioned matter dismissed with prejudice. Each party is to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 9, 2007, ~~2006~~



CHARLES R. BREYER
United States District Court the Northern
District of

-3-

GT\6515640.1
350856-18

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE
CASE NO. C 06-04091

DLA PIPER US LLP
SAN DIEGO